UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| BUSINESS OF THE COURT | )   ASSIGNMENT OF CASES |
| | ) |
| | ) |
| | ) |

## ADMINISTRATIVE ORDER

**IT IS HEREBY ORDERED** that the following cases shall be transferred to District Judge Joshua M. Divine. All deadlines previously set remain in effect unless otherwise ordered by the Court.

| | |
|---|---|
| 4:24cv00734 SRC | Jordan v. Watson |
| 4:24cv01696 SRC | Borgmann v. Canam Steel |
| 4:25cv00279 SRC | Bishop v. Geico Casualty Co. and Doe |
| 4:25cv00573 SRC | Thompson v. Big Daddy Transport, Inc. |
| 4:25cv00630 SRC | Grandstaff v. The Doe Run Resources Corp. |
| 4:25cv00686 SRC | Presley v. Ascension Health |
| 4:23cv00204 HEA | Monsanto v. Magnetek |
| 4:23cv01338 HEA | Overka v. Standley |
| 4:24cv00254 HEA | Morrison v. NHC Healthcare – Maryland Heights |
| 4:24cv01386 HEA | Brand v. O'Malley |
| 4:24cv01552 HEA | Aunhkhotep v. Ebberhart |
| 4:24cv01693 HEA | Graves v. Missouri Dept. of Corrections |
| 4:25cv00135 HEA | Schwertz v. Missouri Department of Corrections |
| 4:25cv00217 HEA | PW Ridgehouse LLC v. Sprint Spectrum |
| 4:25cv00244 HEA | Hudson-Bryant v. OnderLaw |
| 4:25cv00343 HEA | Green v. Clement Auto |
| 4:25cv00577 HEA | Saffaf v. Great American Insurance |
| 4:25cv00852 HEA | Martinez v. Titan Equipment |
| 4:25cv00878 HEA | Martin v. Dept. of Veterans Affairs |
| 4:25cv01164 HEA | Novo Nordisk v. Forever Weight Loss |
| 4:25cv01203 HEA | Grant v. Hilton |
| 4:23cv00019 SEP | Prudential v. Sailor |
| 4:23cv00349 SEP | Heidger v. Coca-Cola |
| 4:23cv00877 SEP | Pineywoods v. Best Deal Motors |
| 4:23cv00921 SEP | Foundation v. Philadelphia Indemnity |
| 4:23cv01096 SEP | Conners v. Environmental Operations, Inc. |
| 4:23cv01385 SEP | Fenway Wire v. Federated Mutual |
| 4:24cv00243 SEP | Cincinatti v. Broane |
| 4:24cv00920 SEP | Parker v. St. Louis Apparel Manufacturing |
| 4:24cv01244 SEP | Warren v. Rock Ridge Insurance Company |
| 4:24cv01441 SEP | Damrau v. Colibri |
| 4:24cv01576 SEP | Kazeem v. Saint Louis University |
| 4:24cv01619 SEP | Midden v. Ibotta |
| 4:25cv00130 SEP | Tacina v. Regions Bank |
| 4:25cv00361 SEP | Jackson v. Carpenter |

| Case Number | Case Name |
|---|---|
| 4:25cv00454 SEP | Williams v. St. Andrew's Resources for Senior Systems |
| 4:25cv00607 SEP | AMCO Insurance Company v. Marks |
| 4:25cv00960 SEP | Williams v. St. Louis Heart and Vascular |
| 4:25cv00996 SEP | Horan v. Midland Credit Management, LLC |
| 4:23cv00513 MTS | Buskuehl v. Howell |
| 4:23cv00761 MTS | Johns v. Whitaker |
| 4:24cv00680 MTS | Mills v. Precythe |
| 4:24cv01107 MTS | L.S. v. Special School Dist. |
| 4:24cv01387 MTS | Am. Com. Barge v. MassMutual |
| 4:24cv01637 MTS | Hawley v. Ascension Health LTDP |
| 4:24cv01644 MTS | Singh v. Prudential Ins. Co. |
| 4:24cv01723 MTS | Wayne v. Wash. Univ. |
| 4:24cv01447 CDP | Hicks v. SSM |
| 4:25cv00133 CDP | Benson v. In Town Suites |
| 4:25cv00626 CDP | Tapia v. Ascension |
| 4:21cv00928 RWS | LaRose v. Vandergriff |
| 4:24cv01666 RWS | Hurst v. Adams |
| 4:25cv00124 RWS | Orucevic v. Liberty Mutual |
| 4:23cv00304 AGF | Gray v. State of MO/Mental Health |
| 4:24cv00034 AGF | Taylor v. St. Louis County |
| 4:24cv01102 AGF | Cutts v. Berkeley Police Dept. |
| 4:24cv00876 JAR | Okpala v. St. Andrew's At Home Services, LLC |
| 4:24cv00972 JAR | Johnson v. Valvoline, Inc., et al. |
| 4:24cv01656 JAR | Schaeffer Mfg. Co. v. Johnson |
| 4:25cv00083 JAR | Daniels v. Phelps County Sheriff |
| 4:25cv00177 JAR | Barron v. State Farm Fire and Casualty |
| 4:25cv00553 JAR | Perun v. Dudek |

Dated this 15th day of August, 2025.

NATHAN M. GRAVES  
CLERK OF COURT

By: /s/ Katie Spurgeon  
      Operations Manager